CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 02 2019

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| S.USA LIFE INSURANCE COMPANY INC., | ) |
| Plaintiff, | ) Case No. 7:18-cv-543 |
| v. | ) |
| JOHN WILLIAM RASSMAN, | ) By: Michael F. Urbanski |
| | ) Chief United States District Judge |
| Defendant. | ) |

## ORDER

This matter is before the court on plaintiff S.USA Life Insurance Company, Inc.'s Notice of Voluntary Dismissal (ECF No. 13), pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Accordingly, the court **ORDERS** that the above-captioned matter is **DISMISSED** without prejudice and **STRICKEN** from the active docket of the court.

It is so **ORDERED**.

Entered: 05-02-2019

/s/ Michael F. Urbanski
Michael F. Urbanski
Chief United States District Judge